UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| GEORGE AND PEGGY DVORAK, husband and wife, | ) ) ) | NO. CV-06-5072-LRS |
| Plaintiffs, | ) ) ) | **ORDER GRANTING DEFENDANT'S MOTION FOR A PROTECTIVE ORDER** |
| -vs- | ) ) | |
| AMC MORTGAGE SERVICES, INC., a Delaware Corporation, | ) ) ) | |
| Defendant. | ) ) | |

Before the Court is Defendant's Motion for a Protective Order as to the location of the 30(b)6 depositions of designated corporate officials. (**Ct. Rec. 12**). The depositions were originally scheduled for Kennewick, Washington. Defendant seeks to have them set in Orange, California, the principal place of business of AMC Mortgage. Oral argument was held on March 14, 2007 in Yakima, Washington. George Fearing participated on behalf of Plaintiffs, and Mary K. Schug participated on behalf of the Defendant. After careful review of the pleadings submitted by all parties and with the benefit of oral argument, this order will memorialize and supplement the oral rulings of the Court on that date, which are incorporated herein by reference.

For the reasons stated on the record on March 14, 2007, **IT IS ORDERED**:

1. Defendant's Motion for a Protective Order as to the location of the depositions (**Ct. Rec. 12**) is **GRANTED**. The depositions will take

ORDER - 1

place in Orange, California at a time mutually agreed upon by the parties. Defendant AMC Mortgage is to pay the travel costs for Plaintiff's counsel, which will include the cost of one coach class round trip airline ticket from Tri Cities, Washington, to the major commercial airport nearest Orange, California and return, and one night's lodging at a hotel in an amount not to exceed $200.00.  Defendant shall have no obligation to pay other travel costs or for meals and cab fare.

Parties' requests for attorneys' fees associated with this motion are **DENIED** as the motion and response were raised in good faith on debatable issues.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 19th day of March, 2007.

*s/Lonny R. Suko*

LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER - 2