AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

GEORGE AND PEGGY DVORAK, husband and wife,

                    Plaintiffs,

              v.

AMC MORTGAGE SERVICES, INC., a Delaware Corporation,

                    Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-06-5072-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Defendant pursuant to the Order Granting Motion for Summary Judgment, Inter Alia, entered on November 26, 2007, Ct. Rec. 85.

| | |
|---|---|
| November 26, 2007 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |